No. 73–6305.  O'BRIEN v. CALIFORNIA, 417 U. S. 936;

No. 73–6328.  O'KELLY v. IOWA, 417 U. S. 936;

No. 73–6397.  SIMS v. UTAH, 417 U. S. 970;

No. 73–6447.  MCKERNIE v. UNITED STATES. 417 U. S. 934;

No. 73–6518.  CRANDALL v. TEXAS, 417 U. S. 902;

No. 73–6519.  WINKFIELD v. OHIO, 417 U. S. 902;

No. 73–6525.  MENDES v. RAILWAY EXPRESS AGENCY, INC., ET AL., 417 U. S. 916;

No. 73–6570.  HALL v. ALABAMA, 417 U. S. 917;

No. 73–6597.  CARTER v. ESTELLE, CORRECTIONS DIRECTOR, ET AL., 417 U. S. 966;

No. 73–6615.  LANE v. KERN, SHERIFF, 417 U. S. 972;

No. 73–6619.  HUNTER v. APPELLATE COURT OF ILLINOIS, FIRST DISTRICT, FOURTH DIVISION, ET AL., 417 U. S. 966;

No. 73–6653.  BARTOS v. BRIGHAM YOUNG UNIVERSITY ET AL., 417 U. S. 973;

No. 73–6654.  SANGSTER v. UNITED STATES, 417 U. S. 950; and

No. 73–6688.  KAPLAN v. ASSOCIATED-EAST MORTGAGE CO., 417 U. S. 950.  Petitions for rehearing denied.

No. 73–740.  CHICAGO & SUBURBAN REFUSE DISPOSAL ASSN. ET AL. v. A. CHERNEY DISPOSAL CO. ET AL., 414 U. S. 1131;

No. 73–1091.  PEACHTREE NEWS CO., INC. v. UNITED STATES, 418 U. S. 932;

No. 73–1161.  PARIS ADULT THEATRE I ET AL. v. SLATON, DISTRICT ATTORNEY, ET AL., 418 U. S. 939;

No. 73–1388.  MEAD ET AL. v. HORVITZ PUBLISHING CO. ET AL., 416 U. S. 985; and

No. 73–5150.  O'BRIEN v. CALIFORNIA, 414 U. S. 1006. Motions for leave to file petitions for rehearing denied.